IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOE HAND PROMOTIONS, INC., | ) | 1:11cv02030 LJO DLB |
| | ) | |
| | ) | ORDER ADOPTING FINDINGS |
| | ) | AND RECOMMENDATIONS |
| | ) | |
| Plaintiff, | ) | (Document 13) |
| | ) | |
| vs. | ) | |
| | ) | |
| RICHARD JESUS GARCIA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

On April 23, 2012, the Magistrate Judge issued Findings and Recommendations that Plaintiff's Motion to Strike Affirmative Defenses be GRANTED. The Findings and Recommendations were served on all parties appearing in the action and contained notice that any objections were to be filed within fourteen (14) days of the date of service of the order. No objections were filed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendations are supported by the record and proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations issued April 23, 2012, are ADOPTED IN FULL;
2. Plaintiff's Motion to Strike Affirmative Defenses is GRANTED; and
3. Affirmative Defenses One through Fourteen are STRICKEN from Defendant's February 9, 2012, Answer.

IT IS SO ORDERED.

Dated:   May 15, 2012                  /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE

2