# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., | Case No. 1:11-cv-02030-LJO-SAB |
| Plaintiff, | ORDER DENYING MOTION FOR ATTORNEY'S FEES |
| v. | ECF NO. 18 |
| RICHARD JESUS GARCIA, | |
| Defendant. | |

On November 20, 2013, Plaintiff Joe Hand Promotions, Inc. ("Plaintiff") filed a motion for attorney's fees and costs. (ECF No. 18.) On January 7, 2014, the Court ordered Plaintiff to submit further briefing regarding certain issues pertaining to the motion for attorney's fees. Specifically, the Court asked Plaintiff to submit briefing identifying the timekeeper identified as "ASC" in the moving papers, briefing on the reasonable hourly rate for attorneys, administrative assistants or paralegals within this district, and briefing demonstrating the appropriateness of the requested $650.00 investigator fee. The Court ordered Plaintiff to provide such supplemental briefing within thirty days.

To date, Plaintiff has not provided the supplemental briefing ordered by the Court. Accordingly, the Court finds that Plaintiff has not carried its burden in demonstrating that the amount of attorney's fees and costs requested in its motion is reasonable and appropriate.

/ / /

1  Based upon the foregoing, it is HEREBY ORDERED that Plaintiff's motion for
2 attorney's fees (ECF No. 18) is DENIED.

IT IS SO ORDERED.

Dated: **February 18, 2014**

UNITED STATES MAGISTRATE JUDGE