# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> RICHARD JESUS GARCIA, <br><br> Defendant. | Case No. 1:11-cv-02030-LJO-SAB <br><br> ORDER DIRECTING CLERK OF COURT TO CLOSE THIS ACTION <br><br> (ECF No. 17 |

On November 5, 2014, summary judgment was granted in this action against Defendant Richard Jesus Garcia. On February 18, 2014, Plaintiff's motion for attorney fees was denied. Accordingly, the Clerk of the Court is HEREBY DIRECTED to close this action.

IT IS SO ORDERED.

Dated: **September 2, 2014**

UNITED STATES MAGISTRATE JUDGE

1